# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-160 |
| v. | * | SECTION "J" |
| JODY LAMBERT | * | |

\* \* \*

## O R D E R

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of the Tangipahoa Parish Prison or one of his authorized deputies, ordering and directing said Sheriff of said institution, or one of his authorized deputies, to surrender the body of **JODY LAMBERT** to the United States Marshals Service, to be thereafter produced in the United States District Court for the Eastern District of Louisiana on or before the **2nd day of August, 2018, at 2:00 p.m.** before United States Magistrate Judge Michael B. North to appear for an initial appearance and arraignment pursuant to an Indictment concerning violations of 18 U.S.C. §§ 1594, 1589, and 42 U.S.C. § 3631, **after which JODY LAMBERT is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.**

New Orleans, Louisiana, this 27th day of July, 2018.

_____
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE