UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 18-160 |
| TERRY KNOPE, ET. AL. | SECTION: "J"(3) |

### ORDER

Considering the Government's foregoing *Unopposed Motion for a Protective Order and Incorporated Memorandum in Support Thereof* **(Rec. Doc. 71)**;

**IT IS HEREBY ORDERED and ADJUDGED THAT:**

1. The government will provide discovery materials to defense counsel that contain the identity of witnesses who are minors as well as personally identifiable information and health information of victim D.P. and of witnesses who are minors;

2. Any and all discovery that contains the identity of witnesses who are minors and/or that contains personally identifiable information and health information of the victim D.P. and/or of minor children shall not be used for any other purpose than preparing the defense in this matter. Defense counsel shall handle the discovery and make the discovery available for review by the defendant under such circumstances as to ensure that the identities of child witnesses and any personally identifiable information and health information for victim D.P. and minor-child witnesses is not disseminated publicly;

3. Prior to including any part of the discovery materials in any public filing, defense counsel will ensure that any personally identifiable information has been appropriately redacted, as required by Federal Rule of Criminal Procedure 49.1; that the identities of minor children are redacted from all public filings; and that health information contained within the discovery materials is also redacted from all public filings;

4. Defense counsel shall treat contact information for the victim and for witnesses who are minor children, whether obtained through information disclosed by the government or information independently acquired by defense counsel, as "attorneys' eyes only." "Attorney's eyes" may include a criminal investigator or a staff person working directly with defense counsel, but excludes the defendant. For these purposes, contact information includes the current location(s) where the victim is residing, as well as the current location(s) of the minor children who lived with the defendants during the time-period charged in the Indictment;

5. In all pre-trial proceedings and in all papers filed with the Court, all parties shall refer to the victim and to witnesses who are minor children by initials only. At trial and at post-trial proceedings in this case, all parties and witnesses shall refer to the victim and to witnesses who are minor children by first name, initials, or self-identified nicknames only;

6. Defense counsel is to maintain sole custody of all discovery that contains the identities of minor children and/or that contains personally identifiable

information and health information of the victim D.P. and/or of minor children, except that defense counsel may provide copies of the discovery to the defendant and/or to members of the defense team. If defense counsel provides copies of the discovery to the defendant (or to members of the defense team), defense counsel shall make known to the defendant (or to members of the defense team) all of the limitations on the use of discovery that are contained within this Order. Except for any copies provided to the defendant or to members of the defense team, defense counsel shall keep the discovery materials in a secure location; shall not duplicate, transfer or otherwise disseminate such materials to any other party; and shall return such materials (including any copies of these materials that were provided to the defendant) at the conclusion of this case (including any appellate and/or other post-conviction litigation);

7. This order may be revised by the Court at any time. Nothing in this order will preclude a defendant upon proper motion from seeking any additional discovery from the Government, or from conducting any independent investigation.

**IT IS HEREBY ORDERED** that all parties adhere to the guidelines established by this order.

New Orleans, Louisiana this 6th day of September, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE