

```
          FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA.

    2018 OCT 11  A 10: 3_

    WILLIAM W. BLEVINS
           CLERK
```

# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### SUPERSEDING BILL OF INFORMATION FOR CIVIL RIGHTS CONSPIRACY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 18-160 |
| v. | * | SECTION: "J" |
| JODY LAMBERT | * | VIOLATION: 18 U.S.C. § 241 |

\* \* \*

The United States Attorney charges:

### COUNT ONE

From on or about August 12, 2015, until on or about June 30, 2016, in the Eastern District of Louisiana, the defendant, **JODY LAMBERT**, knowingly and willfully conspired, and agreed with others to injure, oppress, threaten, and intimidate D.P. in the free exercise and enjoyment of a right secured to D.P. by the laws and Constitution of the United States; that is, the right to rent and occupy a dwelling without injury, intimidation, and interference because of D.P.'s handicap, as that term is defined in 42 U.S.C. § 3602(h).

```
  __ Fee_____
  ✓  Process_____
  X  Dktd_____
  __ CtRmDep_____
  __ Doc. No._____
```

All in violation of Title 18, United States Code, Section 241.

                        PETER G. STRASSER
                        UNITED STATES ATTORNEY

                        */s/ Julia K. Evans*
                        JULIA K. EVANS
                        Assistant United States Attorney
                        650 Poydras Street, Suite 1600
                        New Orleans, Louisiana 70130

                        *Risa Berkower by jke*
                        RISA BERKOWER
                        NICHOLAS REDDICK
                        Trial Attorneys, Civil Rights Division
                        United States Department of Justice

New Orleans, Louisiana
October 11, 2018

No. 18-160 "J"

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JODY LAMBERT

BILL OF INFORMATION FOR
CIVIL RIGHTS CONSPIRACY

Violation(s): 18 U.S.C. § 241

Filed _____, 20 18

_____, Clerk.

By _____, Deputy

*Julia K. Evans*
JULIA K. EVANS
Assistant United States Attorney