UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:18-cr-160-CJB** |
| v. | * | SECTION: J |
| **JODY LAMBERT** | * | |

\* \* \*

## JOINT MOTION AND ORDER TO CONTINUE SENTENCING

**NOW INTO COURT** comes the United States of America, and the defendant, Jody Lambert, through their undersigned attorneys, and respectfully requests that the Court continue the sentencing of this matter, presently set for May 30, 2019, until June 13, 2019, at 9:30 a.m.

Lambert was charged by Indictment on July 26, 2018, with one count of Forced Labor Conspiracy, in violation of 18 U.S.C. § 1594(b), one count of Forced Labor, in violation of 18 U.S.C. § 1589, and one count of Interference with Federal Housing Rights, in violation of 42 U.S.C. § 3631(a) and (b). On October 18, 2018, Lambert pled guilty to a Superseding Bill of Information that charged him with one count of Civil Rights Conspiracy, in violation of 18 U.S.C. § 241. The federal charges against Lambert arose from the abuse of victim D.P., an adult woman with disabilities, in Amite, Louisiana between August 2015 and June 2016. On January 14, 2019, Lambert pleaded guilty in the 21st Judicial District Court in Tangipahoa Parish, Louisiana to Second Degree Kidnapping (LA Rev. Stat. 14:44.1) and Human Trafficking (LA Rev. Stat. 14:46.2). These state charges also arose out of the abuse of D.P.

Lambert remains in custody pending sentencing on both the state and federal charges. Lambert's state sentencing is set for June 10, 2019. Pursuant to the Plea Agreement (Docket # 81) the government has agreed to request a transfer of Lambert's primary jurisdiction from the State

1

of Louisiana to the federal government so that Lambert may serve his federal sentence in a federal prison. To facilitate that request, the parties now seek to set Lambert's federal sentencing for a date after his state sentencing on June 10, 2019.

WHEREFORE, the government respectfully requests that the sentencing for Jody Lambert be continued to June 13, 2019 at 2:00 p.m.

Dated: May 23, 2019.

Respectfully submitted,

For the government:

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Julia K. Evans*_____
JULIA K. EVANS
Assistant United States Attorney
United States Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3000

*/s/ Risa Berkower*_____
RISA BERKOWER
NICHOLAS REDDICK
Trial Attorneys
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20532
Phone: (202) 305-1050

For the defendant:

*/s/ Ralph S. Whalen, Jr.*_____
RALPH S. WHALEN, JR.
Attorney for Jody Lambert
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone: (504) 400-1600

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, the foregoing was filed electronically through the Court's CM/ECF system, thereby giving notice and providing a copy of the filing to all counsel of record.

*/s/Risa Berkower*
Risa Berkower
Trial Attorney
U.S. Department of Justice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:18-cr-160-CJB** |
| **v.** | * | **SECTION: J** |
| **JODY LAMBERT** | * | |

\* \* \*

### [PROPOSED] ORDER

Having considered the parties' Joint Motion to Continue Sentencing for defendant Jody Lambert,

**IT IS HEREBY ORDERED** that the Motion to Continue is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentencing in this matter be continued to the

_____ of _____, 2019 at _____ am/pm.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2019.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE