UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-160 |
| VERSUS | SECTION "J" |
| RAYLAINE KNOPE<br>TERRY J. KNOPE, II<br>JODY LAMBERT<br>TAYLOR KNOPE | VIOLATION: 18:1594(b),<br>1589(a), 1591(a)(1), 1594(a),<br>42:3631(a) & (b), 18:249(a)(2),<br>18:641,18:2 |

**RE-NOTICE OF <u>SENTENCING</u> on JUNE 13, 2019 AT 9:30 A.M. AS TO JODY LAMBERT**

(Previously set for 5/30/19)

Take notice that this criminal case has been set for SENTENCING on THURSDAY, JUNE 13, 2019 AT 9:30 a.m. before Judge CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: May 23, 2019 | WILLIAM W. BLEVINS, CLERK |
| TO: | by: s/Gail Chauvin<br>      Gail Chauvin,  Deputy Clerk |
| RAYLAINE KNOPE<br>Counsel for defendant:<br>Steven Lemoine<br>SteveLem@aol.com | AUSA:  Julia K. Evans, T.A.<br><br>U.S. Marshal<br><br>U.S. Probation Officer |
| TERRY J. KNOPE, II<br>Counsel for defendant:<br>Michael Riehlmann<br>mgriehlmann@hotmail.com | U.S. Pretrial Services<br><br>JUDGE |
| JODY LAMBERT<br>Counsel for defendant:<br>Ralph Whalen<br>ralphswhalen@ralphswhalen.com | MAGISTRATE<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:  No |
| TAYLOR KNOPE<br>Counsel for defendant:<br>Claude Kelly, FPD<br>Celia Rhoads, Asst. FPD<br>claude_kelly@fd.org<br>celia_rhoads@fd.org | Special Agent Corina Zapata<br>Federal Bureau of Investigation<br><br>If you change address,<br>notify clerk of court<br>by phone, 589-7694 |