MINUTE ENTRY
BARBIER, J.
JUNE 13, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-160 |
| JODY LAMBERT | SECTION: "J" |

## SENTENCING

COURT REPORTER:  Cathy Pepper
COURTROOM DEPUTY:  Gail Chauvin

PRESENT:  Risa Berkower, DOJ, for government
          Ralph S. Whalen, Jr., for defendant

Case called at 10:16 a.m.
Defendant sentenced to count 1 of the Superseding Bill of Information.
Counts dismissed on motion of the United States as to this defendant: all remaining.
See Judgment.
Restitution Hearing set for **SEPTEMBER 5, 2019 AT 9:30 A.M.**
The defendant was remanded.
Hearing ended at 10:52 a.m.

JS-10:  36 min.