UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL MATTER |
| VERSUS | No. 18-160 |
| JODY LAMBERT | SECTION: "J"(3) |

### ORDER

Before the Court is the *Government's Motion Acknowledging Defendant's Acceptance of Responsibility* **(Rec. Doc. 138)**, in which the Government asks the court to recognize the Defendant is entitled to a 3-point reduction for his timely acceptance of responsibility, thereby eliminating the need for a trial. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; the Court finds the Defendant is entitled to a downward adjustment of 3 points pursuant to U.S.S.G. § 3E1.1(b).

New Orleans, Louisiana, this 13th day of June, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE