UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 18-160** |
| **v.** | * | **SECTION: J** |
| **JODY LAMBERT** | * | |
| | * * * | |

## JOINT MOTION TO CONTINUE RESTITUTION HEARING

**NOW INTO COURT** comes the United States of America and defendant Jody Lambert, appearing by and through their undersigned attorneys, and respectfully request that the Court continue the restitution hearing for this defendant, currently set for September 5, 2019, for a period of thirty days. The parties request this brief continuance for the following reasons:

On July 26, 2018, defendant Jody Lambert was indicted with three of his family members on human trafficking, hate crimes, and conspiracy charges arising from the abuse of D.P., an adult woman with disabilities. An additional co-conspirator, Bridget Lambert, was charged separately on July 23, 2018 in case number 2:18-cr-158-MVL. On October 18, 2018, Jody Lambert pled guilty to a one-count Superseding Bill of Information that charged him with Civil Rights Conspiracy, in violation of 18 U.S.C. § 241. On June 13, 2019, the Court sentenced Lambert to 120 months imprisonment on that charge and set a restitution hearing for September 5, 2019.

Lambert's co-defendants, Raylaine Knope and Terry Knope, pled guilty on May 20, 2019. Their sentencings were initially set for August 22, 2019, but have now been continued to October 17, 2019. Co-conspirator Bridget Lambert pled guilty on September 27, 2018 and will be sentenced on October 3, 2019.

1

Under applicable law, Jody Lambert will be held jointly and severally liable for restitution with his co-defendants Raylaine Knope and Terry Knope and with his co-conspirator Bridget Lambert. At the present time, the government is engaged in discussions with all four of these defendants, through counsel, to reach a joint agreement concerning restitution in this case. Accordingly, in an effort to reach that joint agreement, the government and Jody Lambert respectfully request a brief continuance of his restitution hearing for thirty days.

**WHEREFORE**, the parties respectfully request that the Court continue Jody Lambert's restitution hearing for a period of thirty days.

        Respectfully submitted,

        PETER G. STRASSER
        UNITED STATES ATTORNEY

        */s/ Julia Evans*_____
        JULIA K. EVANS
        Assistant United States Attorney
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana  70130
        Telephone:  504-680-3000

        */s/ Risa Berkower*_____
        RISA BERKOWER
        Trial Attorney, Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Ave. NW
        Washington, DC  20530
        Telephone:  202-305-0150

*/s/ Ralph S. Whalen, Jr.*
RALPH S. WHALEN, JR.
Counsel for Defendant Jody Lambert
Energy Centre
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Telephone: 504-525-1600

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 23, 2019, I electronically filed the foregoing and a proposed order with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*/s/Risa Berkower*
Risa Berkower
Trial Attorney
U.S. Department of Justice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM NO. 18-160** |
| **v.** | * | |
| **JODY LAMBERT** | * | |

\* \* \*

## [Proposed] ORDER

Considering the foregoing Joint Motion to Continue Restitution Hearing in this matter,

**IT IS HEREBY ORDERED** that the Motion be GRANTED, and the restitution set for September 5, 2019 be continued for a period of thirty days.

New Orleans, Louisiana, this _____ day of August, 2019.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE