Case 2:18-cr-00160-CJB-DMD   Document 205   Filed 08/01/22   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Aug 01 2022

~~CAROL~~ L. MICHEL
CLERK

**Request for time Served**

Honorable Judge Barbier:

Case NO: 2:18-cr-00160
(18-160 "J")

My name is Jody T. Lambert. I am currently being housed at the federal correctional institute in Butner North Carolina. I am writing in regards to grant me all jail credit for the case listed above, Set on docket number 18.16 "J".
Thank you for your time in this matter.

Comments:

Any Response can be sent via mail to: Jody Lambert #37547-034 LSCI-Butner P.O. BOX 999 Butner, NC.

Print: Jody Lambert
Sign: [signature]
29 day of July, 2022

Notary
Print: ~~~~
Sign: ~~~~
_____ day of _____, 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
AUG 01 2022
TENDERED FOR FILING

## G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

Granville County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Jody I. Lambert
Name(s) of principal(s)

Date: 7/27/22

(Official Seal)
KATIE HUNT
NOTARY PUBLIC
DURHAM COUNTY, NORTH CAROLINA

Official Signature of Notary

Katie Hunt, Notary Public
Notary's printed or typed name

My commission expires: 5-25-2026

---

**OPTIONAL**

This certificate is attached to a _____, signed by _____
Title/Type of Document                Name of Principal Signer(s)

on _____, and includes _____ pages.
     Date                              # of pages

Jody Lambert

Name: 37547034 Number:
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
28 JUL 2022 PM 2 L

Clerk of Court
500 Poydras street
New Orleans LA, 70130

70130-336726